USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-28-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

UNITED STATES OF AMERICA :

   - v. - :

EDWARD DURANTE, WALTER
REISSMAN, KENNETH WISE,
CHRISTOPHER CERVINO, LARRY
WERBEL, and SHEIK F. KHAN,

              Defendants. :

------------------------------- x

**AMENDED**
**ORDER OF RESTITUTION**

15 Cr. 171 (ALC)

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Andrea M. Griswold, Assistant United States Attorney, of counsel; the presentence reports prepared in the above-captioned matter; the conviction on or about May 24, 2018 of defendant EDWARD DURANTE on Counts One, Two, Six and Nine of indictment S1 15 Cr. 171; the conviction on or about February 23, 2018 of defendant WALTER REISSMAN on all Counts of Information S2 15 Cr. 171; the conviction on or about March 9, 2018 of defendant KENNETH WISE on all Counts of Information S3 15 Cr. 171; the conviction on or about January 25, 2018 of CERVINO on Counts One, Two, Three and Four of Indictment S4 15 Cr. 171; the conviction of WERBEL on or about July 17, 2018 on Counts One and Eight of Indictment S4 15 Cr. 171; and the conviction of KHAN on or about September 14, 2018 on Counts One through Six of Indictment S4 15 Cr. 171; the consent of defendants REISSMAN, WISE, CERVINO, WERBEL and KHAN, through counsel; and by Order of the Court at the sentencing proceedings in this matter; the Restitution

Order entered against Durante on or about January 24, 2019 ordering Durante to pay restitution in the amount of $14,970,060, and all other proceedings in this case, it is hereby ORDERED:

1. <u>Amount of Restitution.</u> Durante's previous obligation pursuant to the January 24, 2019 Restitution Order to pay restitution in the total amount of $14,970,060 to the victims of the offenses charged in One, Two, Six and Nine of the Indictment S1 15 Cr. 171 is hereby amended to the amount of $11,574,738. The names of the victims are set forth in the Schedule of Victims attached hereto.

2. <u>Joint and Several Liability</u>. Durante's liability for restitution shall be joint and several and with defendants Reissman, Wise, Cervino, Werbel and Kahn, who are obligated to make restitution for the offenses of conviction in this matter. These defendants are joint and severally liable up to the following maximum amounts:

   a. Defendant Reissman's liability to pay restitution is capped at a total amount of $2.5 million.
   b. Defendant Wise's liability to pay restitution is capped at a total amount of $2.5 million.
   c. Defendant Cervino's liablility to pay restitution is capped at a total amount of $700,993.
   d. Defendant Werbel's liability to pay restitution is capped at a total amount of $1,720,701.
   e. Defendant Khan's liability to pay restitution is capped at a total amount of $1,730,143.

3. Durante's liability for restitution shall continue unabated until either the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the defendant and co-defendants in this matter.

4. The liabilities of Reissman, Wise, Cervino, Werbel and Kahn shall continued unabated unless and until the full amount of each defendant's respective restitution cap is paid by

that defendant, or every victim has been paid the total amount of his loss from all the restitution paid by defendants in this matter.

5. <u>Sealing.</u> Consistent with 18 U.S.C. §§ 3771(a)(8) and 3664(d)(4), and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the U.S. Probation Department, as need be to effect and enforce this Order, without further order of the Court.

Dated: New York, New York
February 28, 2020

SO ORDERED:

_____
HON. ANDREW L. CARTER
United States District Judge
Southern District of New York